**Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed April 12, 2016.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-16-00237-CR

### EX PARTE CRAIG DEMETRIUS PORTER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1374093**

## MEMORANDUM OPINION

On March 24, 2016, relator Craig Demetrius Porter filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jim Wallace, presiding judge of the 263rd District Court of Harris County, to dismiss the charges against relator because of the trial court's alleged denial of his right to a speedy trial.

Attached to relator's petition is a "Motion to Dismiss: Speedy Trial" because of the excessive delay in providing defendant a timely trial. The motion is signed by relator's counsel, Jerome Godinich Jr., and is dated December 11, 2015.

A criminal defendant is not entitled to hybrid representation. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means that a relator's pro se petition should be treated as presenting nothing for this court's review. *See Gray v. Shipley,* 877 S.W.2d 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding); *In re Harrison*, 14-15-00370-CV, 2015 WL 5935816, at *2 (Tex. App.—Houston [14th Dist.] Oct. 13, 2015, orig. proceeding).

Because relator is represented by counsel, we deny relator's petition for writ of habeas corpus.


PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).

2